UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER PERDUE,

    Plaintiff,

v.    CASE NO. 8:19-cv-1782-T-02CPT

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

    Defendant.
_____/

## O R D E R

After due consideration of Defendant's motion to transfer venue (Dkt. 9) and the response (Dkt. 13), venue is transferred pursuant to 28 U.S.C. § 1404(a) both for convenience of the parties and witnesses in the interests of justice.

The facts of the case show that Plaintiff worked for a firm in Northern Georgia, where she still resides. As part of her work Plaintiff claims she received disability insurance coverage through Defendant. Plaintiff claims she became disabled, and she is suing in this law suit for disability coverage. She brings this case pursuant to the Employee Retirement Income Security Act, 29 U.S.C. § 1001 *et seq*. (ERISA).

The case has no connection whatsoever to the Middle District of Florida beyond Plaintiff's lawyer residing here.  The Defendant is not domiciled in Florida and the cause of action did not arise in Florida.  All historical facts, medical records, and treaters are sited in North Georgia with Plaintiff and her former employer.  Some records are held by Defendant in New Jersey.

Venue is not established by where the lawyer lives.  Venue is not proper in the Middle District of Florida under traditional standards, 28 U.S.C. § 1391(b), nor under the ERISA venue provision, 29 U.S.C. § 1132(e).  Accordingly, the Defendant's motion to transfer venue (Dkt. 9) is granted.  The Clerk shall transfer this case to the United States District Court for the Northern District of Georgia, Atlanta Division and, after effecting the transfer, close the file.

**DONE AND ORDERED** at Tampa, Florida, on September 4, 2019.

    s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record